Santo Gerald ALBRIGHT,
Petitioner/Respondent,

v.

Anita ALBRIGHT, Respondent/Appellant.

No. 69801.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 22, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 17, 1996.

Robert J. Maurer, Clayton, for appellant.

Rebecca A. Millan, Hillsboro, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### *ORDER*

PER CURIAM.

Mother appeals the dismissal of her motion to cite father for contempt for failure to pay child support. We affirm. The judgment of the trial court is supported by substantial

evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).